**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JUAN CARLOS MORALES-LAZARO**,<br>*Petitioner*,<br>v.<br>**J.L. JAMISON,** *et al.*,<br>*Respondents.* | **Case No. 2:26-cv-08067-JDW** |

**ORDER**

**AND NOW**, this 26th day of October, 2026, upon consideration of Petitioner Juan Carlos Morales-Lazaro's Petition For Writ Of Habeas Corpus (ECF No. 1), and the Government's Answer (ECF No. 5), and for substantially the same reasons stated in Sections III.B and III.C of my Memorandum And Opinion issued in *Basboga v. Jamison*, *et al.*, No 2:26-cv-06694-JDW, 2026 WL 3033623 (E.D. Pa. Oct. 9, 2026), it is **ORDERED** as follows:

1. Mr. Morales-Lazaro's Petition For Writ Of Habeas Corpus (ECF No. 1) is **GRANTED**;

2. The Government shall **RELEASE** Mr. Morales-Lazaro from custody immediately and certify compliance with this Order by filing on the docket no later than 12:00 p.m. ET on October 27, 2026; and

3. If the Government chooses to pursue re-detention of Mr. Morales-Lazaro pursuant to 8 U.S.C. § 1226(a), it must provide him with an individualized custody determination.

The Clerk of Court shall mark this case closed.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.